PER CURIAM.
Affirmed. See McDonald v. State, 957 So. 2d 605 (Fla. 2007) ; Knight v. State, 808 So. 2d 210 (Fla. 2002) ; Robinson v. State, 793 So. 2d 891 (Fla. 2001) ; State v. Connelly, 748 So. 2d 248 (Fla. 1999) ; Cave v. State, 613 So. 2d 454 (Fla. 1993) ; Lopez v. State, 135 So. 3d 539 (Fla. 2d DCA 2014) ; McDonald v. State, 133 So. 3d 530 (Fla. 2d DCA 2013) ; Hughes v. State, 22 So. 3d 132 (Fla. 2d DCA 2009) ; Calloway v. State, 914 So. 2d 12 (Fla. 2d DCA 2005) ; Shortridge v. State, 884 So. 2d 321 (Fla. 2d DCA 2004) ; Brown v. State, 827 So. 2d 1054 (Fla. 2d DCA 2002) ; State v. Wilson, 203 So. 3d 192 (Fla. 4th DCA 2016) ; Williams v. State, 143 So. 3d 423 (Fla. 1st DCA 2014) ;
*1212 Dunbar v. State, 879 So. 2d 98 (Fla. 4th DCA 2004) ; State v. Reardon, 763 So. 2d 418 (Fla. 5th DCA 2000) (en banc).
SILBERMAN, BLACK, and SMITH, JJ., Concur.